AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PUBLIC UTILITY DIST. NO. 2 OF GRANT
COUNTY, WASHINGTON,
                Plaintiff,

        v.

CALIFORNIA INDEPENDENT SYSTEM OPERATOR
CORP.; SOUTHERN CALIFORNIA EDISON CO.; and
SAN DIEGO GAS & ELECTRIC CO.,
                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-04-0129-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to Stipulation of the parties, Judgment of Dismissal of the First Amended Complaint and the claims therein, with prejudice and without costs or attorneys fees to any party.

June 13, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson